UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

DAPHNE MARIE BANKS,

       Plaintiff,

       v.                          Case No. 04-C-1145

NEW PERSPECTIVE, INC.,

       Defendant.

_____

## ORDER

On May 24, 2005, the court issued and mailed an order to *pro se* plaintiff Daphne Banks directing her to either retain an attorney to represent her in this action or prove she made reasonable efforts to do so by June 10, 2005. The June 10, 2005 deadline has passed, and the court has not heard from Banks. It appears Banks is no longer living at the address she provided the court, and it is possible she never received the May 24, 2005 order.

Nonetheless, Banks initiated this case, and if she were serious about prosecuting it, she would not change addresses without notifying the court. Banks will be granted until Friday, June 24, 2005, to comply with the court's May 24, 2005 order; otherwise, her case will be dismissed with prejudice and

without further notice for failure to prosecute, all pursuant to Fed. R. Civ. P. 41(b).

SO ORDERED.

Dated at Milwaukee, Wisconsin, this 16th day of June, 2005.

BY THE COURT:

s/J. P. Stadtmueller
J. P. Stadtmueller
U.S. District Judge

N:\WPDOCS\rl\04-1145 Order-Dismissal warning.wpd